

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

Jacob E. Heric
*Special Assistant U.S. Attorney*

*970 Broad Street, Suite 700*          main: (973) 645-2700
*Newark, NJ 07102*                     direct: (973) 645-2709
jacob.heric@usdoj.gov

July 15, 2026

**Via ECF**

Hon. Christine P. O'Hearn, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

SO ORDERED this 16th day
of July            20 26

*Christine O'Hearn*
United States District Judge

> **Re:    *Santos Aguilar v. Benzel,* No. 26-8566 (CPO)**
> **Letter Regarding Answer to § 2241 Petition**

Dear Judge O'Hearn:

This Office represents Respondents in this habeas matter. Mario Alberto Santos Aguilar ("Petitioner") filed the instant habeas petition, ECF No. 1, on or about July 10, 2026. On July 13, 2026, this Court issued a Self-Executing Order, ECF No. 4, directing Respondents to either file an answer to the instant petition by July 15, 2026, at 5:00 p.m., or to release Petitioner by that same date and time.

U.S. Immigration and Customs Enforcement has informed this Office that Petitioner is not detained pursuant to 8 U.S.C § 1225. Rather he was detained pursuant to reinstatement of a final order of removal pursuant to 8 U.S.C. § 1231(a)(5). This Office has conferred with Petitioner's Counsel, and on July 15, 2026, Petitioner's Counsel informed the undersigned that Petitioner would withdraw the instant petition on July 15, 2026. Given this representation, Respondents respectfully assert that the Court's Self-Executing Order, ECF No. 4, is moot.

Under Federal Rule of Civil Procedure 41, a matter may be voluntarily dismissed without a Court Order "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." F.R.C.P. 41(a)(1)(A)(i). Alternatively, a matter may be voluntarily dismissed "by a stipulation of dismissal signed by all parties who have appeared." F.R.C.P. 41(a)(1)(A)(ii). Respondents do not oppose dismissal of this matter without prejudice.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Jacob Heric*
     JACOB HERIC
     Special Assistant U.S. Attorney
     *Attorneys for Respondents*

cc:   All counsel of record (via ECF)

2